AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
BENNIE DEAN HERRING

**WARRANT FOR ARREST**

CASE NUMBER: 1:05 mj 69-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BENNIE DEAN HERRING__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

   intentionally and knowingly possessing a firearm after being convicted of felony offenses,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

__Charles S. Coody__
Name of Issuing Officer

__United States Magistrate Judge__
Title of Issuing Officer

Signature of Issuing officer

Date and Location

Bail fixed at $_____

by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |